UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES & EXCHANGE COMMISSION,

CASE NO. 93-CV-73541-DT
HON. PATRICK J. DUGGAN

        Plaintiff(s,

vs.

ROBERT JOHNSTON, ET.AL

        Defendant(s).

_____/

## ORDER REGARDING SEALED MATERIALS
## IN COMPLIANCE WITH LOCAL RULES 5.3 AND 5.4

Pursuant to Local Rule 5.3/5.4 regarding sealed materials,

**NOW THEREFORE, IT IS ORDERED** that the Clerk of Court is directed to:

___     Unseal the documents in this case and restore them to the public file.

_X_     Return the sealed documents to the submitting party and amend the court record to reflect this action.

                                                 _____
                                                 PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

DATE: February 24, 2004
TO:

Wendy Fox
Lawrence Scott